**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FRED P. KENNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-2413** |
| **DUSTIN GUILLOTE, ET AL.** | **SECTION "L"(4)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 2, and the failure of any party to object thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Plaintiff Fred P. Kenner's civil action under 42 U.S.C. § 1983 is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana, Lafayette Division, for further proceedings.

New Orleans, this 9th day of November, 2026.

Eldon E. Fallon

United States District Judge